AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Bernardo Acosta <br> _Plaintiff(s)_ <br> v. <br> Williamson County, Texas and Unknown Kailer 1 - 10 <br> _Defendant(s)_ | Civil Action No. 1:21-cv-00615-LY |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Williamson County, Texas
710 S. Main Street, Suite 101,
Georgetown, Texas 78626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Edwards III
Edwards Law Firm PLLC
1300 McGowen St., Ste 280, Houston, TX 77004
Phone: 832-717-2562
Fax: 713-583-8715
Email: george@eslawpartners.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
_CLERK OF COURT_

Date: 7/14/2021

_Signature of Clerk or Deputy Clerk_

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:21-CV-00615-LY

Plaintiff:
**BERNARDO ACOSTA**

vs.

Defendant:
**WILLIAMSON COUNTY, TEXAS AND UNKNOWN JAILERS 1-10**

For:
David Gebhardt
Court Records Research
P.O. Box 3796
Houston, TX 77253

Received by E.F.M. Civil Process on the 15th day of July, 2021 at 10:02 am to be served on **Williamson County, Texas, 710 S. Main Street, Suite 101, Georgetown, Williamson County, TX 78626**.

I, Emmanuel F.Morales, being duly sworn, depose and say that on the **19th day of July, 2021** at **11:40 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action; Plaintiff's Original Complaint** with the date and hour of service endorsed thereon by me, to: **Bill Gravell, Jr.** as **Judge** at the address of: **710 S. Main Street, Suite 101, Georgetown, Williamson County, TX 78626**, who stated they are authorized to accept service for **Williamson County, Texas**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC



KATHERINE A. MITCHELL
Notary Public, State of Texas
Comm. Expires 10-10-2022
Notary ID 131755992

Emmanuel F.Morales
PSC # 10708 Expires 12/31/2021

E.F.M. Civil Process
P.O. Box 6207
Round Rock, TX 78683
(517) 414-0860

Our Job Serial Number: EFM-2021000211
Ref: 2021.07.575241

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c