UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNARDO ACOSTA,      § | | |
| *Plaintiff,*          § | | |
|                       § | | |
|                       § | | |
| VS.                   § | | CIVIL ACTION NO. 1:21-cv-00615-DII |
|                       § | | |
|                       § | | |
| WILLIAMSON COUNTY, TEXAS,  § | | |
| AND ALYSSA HOFFMAN    § | | |
| *Defendants.*         § | | JURY TRIAL DEMANDED |

### PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE JUDGE:

Plaintiff files this Motion for Leave to Amend his Complaint, and respectfully shows the Court the following:

1. Plaintiff filed an Original Complaint (Dkt. No. 1) on July 12, 2021.

2. On September 27, 2021, Plaintiff filed a Second Amended Complaint (Dkt. No. 34).

3. The purpose of the amendment is due to Defendants' invoking §101.106(f) of the Civil Practices and Remedies Code, which provides a nonmovant 30 days to amend its pleadings if a state tort claim could have been brought against the governmental entity. The statute provides as follows:

> **(f)** If a suit is filed against an employee of a governmental unit based on conduct within the general scope of that employee's employment and if it could have been brought under this chapter against the governmental unit, the suit is considered to be against the employee in the employee's official capacity only. On the employee's motion, the suit against the employee shall be dismissed **unless the plaintiff files amended pleadings dismissing the employee and naming the governmental unit as defendant on or before the 30th day after the date the motion is filed.**

Tex. Civ. Prac. & Rem. Code § 101.106(f).  Defendants invoked this section in their Motion For Summary Judgment Dkt. No. 115, page 14. Therefore, Plaintiff submits his amended pleading as Exhibit 1 to this Motion.  Plaintiff's amended pleading is timely per the statute.

4. A party may amend its pleading with the consent of the opposing parties or by leave of Court. Fed. R. Civ. P. 15(a)(2). Leave to amend should be given freely. *Id.*; *Foman v. Davis*, 371 U.S. 178, 182 (1962). The court should not refuse to permit a complainant to amend unless the opposing party can show prejudice, bad faith, or undue delay. *Id.*; *Runnion v. Girl Scouts of Greater Chi. & Nw. Ind.*, 786 F.3d 510, 519-20 (7th Cir. 2015).

5. While denials of leave are reviewed for abuse of discretion, "discretion" in this context "may be misleading, because Fed. R. Civ. P. 15(a) evinces a bias in favor of granting leave to amend [and] unless there is a substantial reason, such as undue delay, bad faith, dilatory motive, or undue prejudice to the opposing party, the discretion of the district court is not broad enough to permit denial." *Martin's Herend Imports, Inc. v. Diamond & Gem Trading U.S.A. Co.*, 195 F.3d 765, 769 (5th Cir. 1999) (internal citations omitted).

6. To any extent that the amended pleading is subject to the Court's 20-page limit, Plaintiff requests leave to file an additional 15 pages.

WHEREFORE,  PREMISES  CONSIDERED,  Plaintiff Bernardo Acosta, requests the Court to direct the clerk to file the attached Third Amended Complaint at Exhibit 1 to this Motion.  A conforming order is attached to this motion.

3 | P a g e

        Respectfully submitted,

        **EDWARDS SUTARWALLA PLLC**

By: _/s/ George Edwards III_
        George Edwards III
        State Bar No. 24055438
        Fed. Id. No. 1031248
        Stephany M. Simien
        State Bar No. 24117297
        Fed. Id. No. 3698005
        602 Sawyer Street
        Suite 490
        Houston, Texas 77007
        Phone: (713) 565-1353
        Fax: (713) 583-8715
        Email: george@eslawpartners.com
        Email: stephany@eslawpartners.com
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are Filing Users of the Electronic Case Files System of the Western District of Texas, Austin Division have been served a true and correct copy of the foregoing by electronic submission to all counsel of record on June 6, 2023.

_/s/ George Edwards III_
George Edwards III

## CERTIFICATE OF CONFERENCE

Counsel for Defendants is opposed to the filing of this Motion after conferencing with Plaintiff's counsel on June 6, 2023.

_/s/ George Edwards III_
George Edwards III