IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNARDO ACOSTA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-615-DII |
| WILLIAMSON COUNTY, TEXAS and ALYSSA HOFFMAN, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Defendants Williamson County, Texas and Alyssa Hoffman's Motion for Summary Judgment (Dkt. 115) (R. & R., Dkt. 127). Plaintiff timely filed objections to the report and recommendation, (Objs., Dkt. 128), and the Defendants filed a response (Resp., Dkt. 130).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

2

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 127), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Williamson County, Texas and Alyssa Hoffman's Motion for Summary Judgment (Dkt. 115) is **GRANTED**. Defendants are entitled to summary judgment on all remaining claims by Plaintiff against them.

The Court will enter its final judgment in a separate order.

**SIGNED** on October 10, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE