IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNARDO ACOSTA, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| WILLIAMSON COUNTY, TEXAS and ALYSSA HOFFMAN, | § § § | 1:21-CV-615-DII |
| Defendants. | § § § § | |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendants Williamson County, Texas and Alyssa Hoffman's Motion for Summary Judgment, (Dkt. 115) (R&R, Dkt. 127). The Court granted Defendants' Motion and ordered that Defendants are entitled to summary judgment on all remaining claims by Plaintiff against them.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 10, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE